# GLENN KROLL
ATTORNEY AT LAW
92 MAIN STREET, PO BOX 10
BLOOMINGBURG, NEW YORK 12721

TEL (845) 733-1065  
WWW.GKLAWYER.COM

FAX (845) 733-1055  
GLENNKROLLESQ@YAHOO.COM

Mr. Bryan Pease, Esq.
302 Washington Street #404
San Diego, California 92103

Dear Mr. Pease,                           26th December 2008

    In response to your inquiry about foie gras production in Sullivan County, I have reviewed all of the materials and videos that you provided. I fully agree with the position of the ASPCA and Dr. Ward Stone of the New York State DEC that force feeding ducks to enlarge their livers for foie gras production violates the animal cruelty provisions of the Agriculture and Markets Law Section 353.

    If elected as the next District Attorney of Sullivan County, I intend to launch a full investigation into foie gras production in the County and enforce the anti-cruelty laws and abolish this cruel practice.

    I look forward to any assistance that you and your friends can provide for the upcoming campaign.

Sincerely,

*Glenn Kroll*

Glenn Kroll