Jan. 21, 2015

The Honorable Kamala Harris
Attorney General of California
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230

RE:  *HVFG LLC v. Kamala D. Harris*
U.S. District Court case no. 2:12-cv-5735-SVW-RZ

Dear Attorney General Harris:

Thank you for defending the right of our state government to pass laws through the democratic process. As attorneys concerned with upholding the rule of law, we hope you will appeal the overreaching decision of a federal judge who singlehandedly blocked California's duly enacted ban on the sale of livers from cruelly force fed ducks—otherwise known as foie gras—using flawed legal reasoning. In the absence of clear direction from Congress, a federal judge should not strain to overturn the will of democratically elected state governments based on federal preemption.

A broad range of groups including the United Farmworkers, Organic Consumers Association, Humane Society of the United States and ASPCA support this ban. An independent, scientific Zogby poll in 2007 found residents of San Diego not only supported the ban by an 85% margin, but wanted the city to enact its own ban without waiting for the state ban to take effect. Most countries in Europe prohibit force feeding for foie gras production, as do Israel and South Africa. India recently banned the *sale* of foie gras made by force feeding just as California did. The world is turning against this cruelty.

Californians deserve to have this decision examined by the appellate court. The cities of Los Angeles, San Diego, San Francisco, West Hollywood, Berkeley, Laguna Hills, Solana Beach and Carlsbad have all passed resolutions supporting California's ban on foie gras from force fed ducks and encouraged restaurants to stop serving it without waiting for the law to take effect. Once the ban did take effect, virtually all restaurants did follow the law. While a few tried to skirt the ban, this was incidental to the effect the ban had, and the protection it afforded consumers.

Most people assume that if something is allowed to be sold, it is not made by ramming large metal pipes down the throats of ducks to enlarge their livers to over 12 times their normal size. When the ban was in effect, that assumption was correct. Now unwitting consumers are back to seeing something on the menu called "foie gras," perhaps being told it is "fatty liver," but unless they are paying close attention to the news, never being told that our state government saw fit to ban this product when it comes from force fed ducks.

Please continue to defend this law that took years to implement and is supported by a broad coalition of labor, environmental, consumer and animal protection groups. Thank you.

Hon. Kamala Harris
January 21, 2015
Page 2 of 3

Sincerely,

_____
Juan Vargas, Esq.
Member, U.S. House of Representatives
51st Congressional District

_____
Sarah Boot, Esq.
(CA Bar # 253658)
Former Assistant U.S. Attorney
Southern District of California

_____
Cory Briggs, Esq.
(CA Bar # 176284)

_____
Joy Singleton, Esq.
(CA Bar # 224224)

_____
Cecilia Brennan, Esq.
(CA Bar # 243954)

_____
Brody McBride, Esq.
(CA Bar # 270852)

_____
David Simon, Esq.
(CA Bar # 145197)

_____
William Pease, Esq.
Civil Chief (retired)
US Attorney's Office
Northern District of New York

_____
Michael Dershowitz, Esq.
FTC Senior Attorney (retired)
Washington, DC

_____
Nicole Capretz, Esq.
(CA Bar # 190572)

_____
Gerald Singleton, Esq.
(CA Bar # 208783)

_____
Erika Vasquez., Esq.
(CA Bar # 268205)

_____
Todd Cardiff, Esq.
(CA Bar # 221851)

_____
Tamara Cross, Esq.
(CA Bar # 178430)

_____
Livia Borak, Esq.
(CA Bar # 259434)

_____
Jill Ryther, Esq.
(CA Bar # 266016)

_____
Cheryl Leahy, Esq.
(CA Bar # 270665)

_____
Jerold Friedman, Esq.
(CA Bar # 290434)

_____
Pam Harris, Esq.
(CA Bar # 289151)

_____
Geneva Page, Esq.
(CA Bar # 235633)

_____
Craig Sherman, Esq.
(CA Bar # 171224)

_____
G. David Tenenbaum, Esq.
(CA Bar # 150629)

_____
Lisa Winebarger, Esq.
(CA Bar # 286773)

_____
Bryan Pease, Esq.
(CA Bar # 239139)

_____
Marla Tauscher, Esq.
(CA Bar # 259630)

_____
Corey Evans, Esq.
(CA Bar # 218789)

_____
Amy Johnsgard, Esq.
(CA Bar # 279795)

_____
Andrea Carter, Esq.
(CA Bar # 290286)